1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO ARCIGA,                          No. 1:15-cv-01372-DAD-JLT (HC)

12              Petitioner,                 **ORDER WITHDRAWING FINDINGS AND**
                                            **RECOMMENDATIONS**
13
        v.                                  **(Doc. No. 20)**
14

15   SCOTT FRAUENHEIM, Warden,

16              Respondent.

17

18          On December 9, 2016, the Court issued Findings and Recommendation to deny the

19   petition on its merits. (Doc. No. 20.) This Findings and Recommendation was served upon all

20   parties and contained notice that any objections were to be filed within twenty-one days from the

21   date of service of that order. On March 13, 2017, Petitioner filed objections to the Findings and

22   Recommendations. (Doc. No. 25.) Respondent did not file a reply.

23          At this time, the Court finds it necessary to address certain arguments made in the

24   objections.

25   ///

26   ///

27   ///

28   ///

                                                    1

**ORDER**

Accordingly, the Findings and Recommendations issued on December 9, 2016, are hereby **WITHDRAWN**. The Court will issue a modified Findings and Recommendation in the near future.

IT IS SO ORDERED.

Dated: __**June 19, 2017**__                    _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE