1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO ARCIGA,                          No.  1:15-cv-01372-DAD-JLT

12                  Petitioner,

13         v.                               ORDER DIRECTING RESPONDENT TO
                                            LODGE FURTHER DOCUMENTS
14   SCOTT FRAUENHEIM,

15                  Respondent.

16

17         Petitioner is proceeding pro se in this matter.  Now pending before this court is a petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Augmented Reporter's Transcript

19   on Appeal that has been lodged with this court by respondent reflects the redaction of the

20   identities of certain jurors, either by using seat numbers or by using juror numbers.  Pursuant to

21   Rules 5 and 7 of the Rules Governing Section 2254 Cases in the United States District Courts,

22   Respondent is now ordered to lodge with this court the following documents:

23         (1) a copy of the Reporter's Transcript which identifies the prospective jurors by their juror

24             numbers;

25         (2) a copy of the Reporter's Transcript which does not redact the names of the prospective

26             jurors; and

27         (3) A copy of the state court's master jury list including both the names of all jurors called

28             and their respective juror numbers.  If such a document is not available, respondent shall

1

lodge unredacted pages 217 and 218 of the Clerk's Transcript on Appeal, consisting of the court's minutes for April 9, 2012.

Respondent is directed to lodge any documents containing personal identifying information of jurors in this matter under seal and not to file these documents on the court's docket. Respondent shall either lodge these documents or file a status report concerning the same within twenty-eight (28) days of this order.

IT IS SO ORDERED.

Dated: __**August 24, 2018**__ _____
UNITED STATES DISTRICT JUDGE